JOHN O'CONNOR, Appellant, *v.* HUDSON RIVER DAY LINE, Respondent.

Argued May 27, 1946; decided July 23, 1946.

*Arthur N. Seiff*, *Moses Smith* and *Emanuel Redfield* for appellant.

*Donald Havens* and *David L. Corbin* for respondent.

Judgment affirmed, with costs, upon the ground that there was no evidence to support the jury's finding that plaintiff's efforts were the procuring cause of the requisitioning of defendant's vessel. We decide no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.